Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRASEKHARAN NAIR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMYRIS, INC., JOHN DOERR, GEOFFREY DUYK, PHILIP EYKERMAN, CHRISTOPH GOPPELSROEDER, FRANK KUNG, JAMES MCCANN, JOHN MELO, STEVEN MILLS, CAROLE PIWNICA, PATRICK YANG, and LISA QI,<br><br>　　　　　Defendants. | Case No.  20-cv-05288-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Chandrasekharan Nair ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: October 22, 2020 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins*<br><br>Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>             -and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010<br><br>*Attorneys for Plaintiff* |